LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Alicyn M. Freeman (023916)
amf@bowwlaw.com
Robert T. Sullivan (022719)
rts@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com

*Attorneys for Defendant Employers Mutual
Casualty Company dba EMC Insurance Companies*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Raygarr, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Employers Mutual Casualty Company dba EMC Insurance Companies, a foreign corporation,<br><br>Defendant. | Case No. 4:18-cv-00246-RM<br><br>**NOTICE OF DEPOSITION OF CHRISTOPHER G. LINSCOTT**<br><br>(Honorable Rosemary Márquez) |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Employers Mutual Casualty Company dba EMC Insurance Companies ("EMC") will take the deposition of **Christopher G. Linscott** on **April 3, 2019 at 10:00 a.m.** The deposition will take place at the offices of **Mesch Clark Rothschild, 259 North Meyer Avenue, Tucson, Arizona 85701-1090**, telephone number (520) 624-8886.

Said deposition will be taken before a certified shorthand court reporter authorized to administer oaths in the State of Arizona, and will continue, if necessary, on a later date, until completed.

DATED this 1st day of March, 2019.

                                                  BROENING OBERG WOODS & WILSON, P.C.

                                                  By: */s/ Alicyn M. Freeman*
                                                           Alicyn M. Freeman
                                                           Robert T. Sullivan
                                                           2800 North Central Avenue, Suite 1600
                                                           Phoenix, Arizona 85004
                                                           *Attorneys for Defendant Employers Mutual Casualty Company dba EMC Insurance Companies*

# CERTIFICATE OF SERVICE

I certify that on March 1st, 2019, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Melvin C. Cohen
> Patrick J. Lopez
> MESCH CLARK ROTHSCHILD
> 259 North Meyer Avenue
> Tucson, Arizona 85701
> mcohen@mcrazlaw.com
> plopez@mcrazlaw.com
> *Attorneys for Plaintiff*

By: */s/ Suzanne Beard*